**Order entered April 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01513-CV

**REBECCA POTTER, INDIVIDUALLY AND AS NEXT FRIEND OF AUSTYN VASQUEZ, A MINOR, AND RICHARD POTTER, Appellants**

**V.**

**HPA TEXAS 1 LLC D/B/A HPA TX LLC, ET AL., Appellees**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1376**

## ORDER

Before the Court are appellees' April 5 and April 8, 2019 unopposed motions for extension of time to file their briefs. We **GRANT** the motions and **ORDER** the briefs be filed no later than May 15, 2019.

/s/    ERIN A. NOWELL
        JUSTICE